■ In the Matter of JAMES O'DRISCOLL, Doing Business as FLEET FUEL SERVICE Co., Appellant, v STATE TAX COMMISSION, Respondent. — Appeal from an order and judgment of the Supreme Court at Special Term (Klein, J.), entered October 28, 1980 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to annul a determination of the New York State Tax Commission imposing sales taxes upon petitioner. Order and judgment affirmed, with costs, on the opinion of Mr. Justice Aaron E. Klein at Special Term. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.